NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5561
Facsimile: (213) 892-5454

Ronald I. Raether, Jr. (OH Bar 0067731)
(*Pro Hac Vice*)
Martin A. Foos (OH Bar 0065762)
(*Pro Hac Vice*)
rraether@ficlaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3733
Facsimile: (937) 227-3717

Attorneys for Defendant
LexisNexis Risk Data Retrieval Services LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO MEDINA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | CASE NO. SAVC-13-1208-JVS (JPRx)<br><br>**ORDER RE: STIPULATION TO ADD LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC TO PROTECTIVE ORDER**<br><br>Honorable James V. Selna<br>Magistrate Judge Jean P. Rosenbluth |

### ORDER

Having reviewed the stipulation submitted by Plaintiff Mauro Medina, Defendant Experian Information Solutions, Inc., Defendant MJ Coastal Enterprises, Inc., d/b/a/ MFI Credit Solutions, and Defendant LexisNexis Risk

1
ORDER RE: STIPULATION TO ADD LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC TO
PROTECTIVE ORDER

1  Data Retrieval Services LLC ("LNRDRS") in this action, and finding that good
2  cause exists, it is hereby ordered:
3       Defendant LNRDRS shall be added as a party to the Stipulated
4  Protective Order ("Protective Order") (Doc. 34) as though it was an original party
5  to the Protective Order.  LNRDRS, its counsel, and others as set forth in the
6  Protective Order shall have the right to access all discovery materials subject to
7  the Protective Order's provisions.

9  Dated:  August 25, 2014      */s/ Jean Rosenbluth*  _____

11       Hon. Jean P. Rosenbluth
12       United States Magistrate Judge

869984.1

2
ORDER RE:  STIPULATION TO ADD LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC TO PROTECTIVE ORDER